THE SEAMEN'S BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, v. J. HADLEY McCOLLOUGH et al., Appellants.

*Seamen's Bank for Savings* v. *Fell,* 166 App. Div. 271, affirmed.
(Argued October 17, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose two mortgages on real property. In each case the mortgage bore interest at the rate of six per cent, and the borrower paid the recording fee and the recording tax. The only issue in the case was the question of law whether the contracts were usurious.

*Agnes K. Murphy Mulligan* and *J. Hadley McCollough* for appellants.

*John Guyton Boston* and *George W. Wickersham* for respondent.

Judgment affirmed, with costs, upon opinion of McLAUGHLIN, J., below.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.